Anderson *v.* Anderson Food Co.        *67 Eq.*

In re COLLATERAL INHERITANCE TAX AGAINST THE VINELAND HISTORICAL AND ANTIQUARIAN SOCIETY.

[Argued June 29th, 1904.   Decided April 28th, 1905.]

On appeal from a decree made by the ordinary, whose opinion is reported in *66 N. J. Eq.* (*21 Dick.*) *291.*

*Mr. Charles K. Landis,* for the appellant.

*Mr. J. Hampton Fithian,* for the respondent.

PER CURIAM.
Decree affirmed.

*For affirmance*—THE CHIEF-JUSTICE, FORT, PITNEY, GREEN, GRAY—5.

*For reversal*—DIXON, GARRISON, BOGERT, VREDENBURGH, VROOM—5.

———

ABRAHAM ANDERSON, appellant,

*v.*

ANDERSON FOOD COMPANY, respondent.

[Submitted July 11th, 1904.   Decided December 9th, 1904.]

On appeal from a decree advised by Vice-Chancellor Grey, whose opinion is reported in *66 N. J. Eq.* (*21 Dick.*) *209.*

*Mr. Schuyler C. Woodhull, Mr. Samuel W. Beldon* and *Mr. David J. Pancoast,* for the appellant.

*Mr. John F. Harned* and *Mr. Joseph H. Gaskill,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons given in the court of chancery.

*For affirmance*—DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VOORHEES, VROOM, GREEN, GRAY—13.

*For reversal*—None.

---

RICHARD DeGRAY,* appellant,

*v.*

MONMOUTH BEACH CLUB HOUSE COMPANY et al., respondents.

[Decided February 26th, 1894.]

On appeal from a decree advised by Vice-Chancellor Green, whose opinion is reported in *50 N. J. Eq.* (*5 Dick.*) *329.*

*Messrs. Cortlandt & R. Wayne Parker,* for the appellant.

*Mr. Edward Q. Keasbey* and *Mr. Anthony Q. Keasbey,* for the respondents.

---

* This case was omitted from its proper place.—REP.